SO ORDERED.

Dated: February 22, 2011

_____
CHARLES G. CASE, II
U.S. Bankruptcy Judge

TIFFANY & BOSCO P.A.
2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-28556

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Diana Smith<br>　　　　Debtor.<br>_____<br>Wells Fargo Bank, N.A.<br>　　　　Movant,<br>　　vs.<br>Diana Smith, Debtor; Edward J. Maney, Trustee.<br>　　　　Respondents. | No. 2:10-bk-31104-CGC<br><br>Chapter 13<br><br>O R D E R<br><br><br>(Relating to docket #23) |

　　IT IS HEREBY ORDERED that Movant's Motion for Relief from the Automatic Stay is hereby withdrawn without prejudice and that any hearings scheduled in the matter are vacated.